# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Richard Leon, ) <br> ) <br> Defendant. ) <br> ) | Case No. 6:14-mj-00103 SAB <br><br> **DEFENDANT'S _SUPPLEMENTAL_ STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Violations of Unsupervised Probation – failure to pay fine, failure to complete counseling as of September 24, 2015.**

**Sentence Date:** September 24, 2015

**Review Hearing Date:** February 4, 2016

**Probation Expires On:** September 18, 2016

## _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $400.00 which Total Amount is made up of a Fine: $ 390.00   Special Assessment: $10.00   Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant ordered to complete 90 days of AA meetings, once per week.

## _COMPLIANCE:_

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

Attached are defendant's receipt for his final payment of his fine/restitution, which has now been paid in full, and a copy of defendant's AA record showing his AA meeting attendance. Defendant's arrest as noted in the previous report was not a new law violation, but rather a hold placed on him while he served his time in this case. He was taken into state custody from marshal custody in order to resolve a failure to appear on a state case, which has now been resolved. The court was made aware of the issue at the time it arose. He then returned to marshal custody and completed his custodial sentence in this case. Defendant has now complied with all conditions of probation and has filed proof of those conditions for which proof is required.

## _DEFENDANT'S REQUEST (OPTIONAL):_

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/4/2016 at 10:00 a.m.

    ☐ be continued to 3/17/2016 at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 2/3/2016                                                              */s/ Megan Hopkins*
                                                                                 DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for February 4, 2016 at 10:00 am be continued to April 7, 2016 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to his scheduled hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **February 3, 2016**

                                                           UNITED STATES MAGISTRATE JUDGE