IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00103 SAB |
|---|---|---|
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| RICHARD LEON, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Violations of Unsupervised Probation – failure to pay fine, failure to complete counseling as of September 24, 2015.**

**Sentence Date:** September 24, 2015

**Review Hearing Date:** April 7, 2016

**Probation Expires On:** September 18, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $400.00 which Total Amount is made up of a Fine: $ 390.00    Special Assessment: $10.00    Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant ordered to complete 90 days of AA meetings, once per week.

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/7/2016 at 10:00 a.m.

    ☐ be continued.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.


DATED:  3/24/2016                                          */s/ Megan Hopkins*
                                                                         DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 7, 2016 at 10:00 am be continued to August 4, 2016 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to the review hearing

☐ DENIED.

IT IS SO ORDERED.

Dated:  **March 28, 2016**

                                                                    UNITED STATES MAGISTRATE JUDGE