IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                        )<br>             Plaintiff,   )<br>v.                      )<br>                        )<br>RICHARD LEON,          )<br>                        )<br>             Defendant.  )<br>                        ) | Case No.  6:14-mj-00103 SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Violations of Unsupervised Probation – failure to pay fine, failure to complete counseling as of September 24, 2015.**

**Sentence Date:**        September 24, 2015

**Review Hearing Date:**  April 7, 2016

**Probation Expires On:** September 18, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:**  $400.00 which Total Amount is made up of a Fine: $ 390.00      Special Assessment: $10.00     Processing Fee: $ Choose an item. Restitution: $

☒   Payment schedule of $ 50.00 per month by the 15th of each month.

☐   **Community Service hours Imposed of:**

☒   **Other Conditions:**  Defendant ordered to complete 90 days of AA meetings, once per week.

### *COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### *GOVERNMENT POSITION:*

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Michael Tierney*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/4/2016 at 10:00 a.m.

    ☐ be continued.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 7/19/2016           */s/ Megan Hopkins*
                                             DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 22, 2016**           _[signature]_
                                             UNITED STATES MAGISTRATE JUDGE